UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LINDA KRAMER, GLORIA LECATO, ESTHER     :
LEGRON, CARRIS LEWIS, WENDY LONG,       :
EMMA M. LOVE, ALICE LUETHMERS,          :
ARLENE LYNCH, CINDY MACK, MARY          :
MALOSH, EILEEN MALVAGNO, DEBORAH        :
MASON, DEBORAH MASTERS, VICKI L.        :
MAUK, GINA MCCONE, MARY MCDONALD,       :
DONNA MCGEE, BEVERLY MCKAIN,            :
LUCILLE MCKAY, CARLA MCKINZIE,          :
                                        :
       Plaintiffs.                      :   Civil Action
v.                                      :   No. 04-11367-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
       Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 7, 2004                          Respectfully submitted,
    Boston, Massachusetts

                                                                           /s/Matthew J. Matule
                                                                          Matthew J. Matule (BBO #632075)
                                                                          SKADDEN, ARPS, SLATE,
                                                                             MEAGHER & FLOM LLP

Of Counsel:                                  One Beacon Street
Barbara Wrubel                               Boston, Massachusetts 02108
Katherine Armstrong                          (617) 573-4800
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                               Counsel for Defendant
                                                                       Boehringer Ingelheim Pharmaceuticals, Inc