UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LINDA KRAMER, GLORIA LECATO, ESTHER :
LEGRON, CARRIS LEWIS, WENDY LONG,
EMMA M. LOVE, ALICE LUETHMERS,     :
ARLENE LYNCH, CINDY MACK, MARY
MALOSH, EILEEN MALVAGNO, DEBORAH   :
MASON, DEBORAH MASTERS, VICKI L.
MAUK, GINA MCCONE, MARY MCDONALD, :
DONNA MCGEE, BEVERLY MCKAIN,       :
LUCILLE MCKAY, CARLA MCKINZIE,
                                   :

     Plaintiffs,                    :       Civil Action
v.                                 .       No. 04-11367-GAO
                                   :

INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;  :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH         :
PHARMACEUTICALS, INC F/K/A WYETH-   :
AYERST PHARMACEUTICALS, INC., A     :
DIVISION OF AMERICAN HOME PRODUCTS  :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,    :
                                    :

     Defendants.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>NOTICE OF APPEARANCE</u>

     Please enter our appearance as counsel of record for Defendant Indevus

Pharmaceuticals, Inc. in the above-captioned action.

Dated:  September 15, 2004                       Respectfully submitted,
       Boston, Massachusetts

                                        /s/Matthew J. Matule
                                        Matthew J. Matule (BBO #632075)
                                        SKADDEN, ARPS, SLATE,
Of Counsel:                                          MEAGHER & FLOM LLP
Barbara Wrubel                                  One Beacon Street
Katherine Armstrong                        Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                   Counsel for Defendant
                                        Indevus Pharmaceuticals, Inc.